# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 17, 2023

## NO. 03-22-00638-CV

### In re Commitment of William Thomas Hegwood

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court on October 5, 2022. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.